UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-257-BR

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of SCHNEIDER ELECTRIC BUILDING AMERICAS, INC., SPC MECHANICAL CORPORATION, and WATSON ELECTRICAL CONSTRUCTION CO., LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>CBRE HEERY, INC f/k/a HEERY INTERNATIONAL, INC., TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, and FEDERAL INSURANCE COMPANY,<br><br>    Defendants. | **ORDER** |

This matter is before the court on Defendants' motion to lift the stay entered by the court on June 9, 2021, as to Plaintiffs' Eighth Claim for Relief and a related counterclaim filed by Defendant CBRE Heery, Inc. ("CBRE"), pending resolution of CBRE's appeal to the Armed Services Board of Contract Appeals. (*See* Stay Order [DE #103].) On October 4, 2021, the Armed Services Board of Contract Appeals dismissed CBRE's appeal with prejudice. Plaintiffs agree the stay should be lifted. (Resp. Mot. Stay [DE #187].)

The purpose for the stay having been satisfied, the court GRANTS Defendants' motion [DE #174] and hereby LIFTS THE STAY previously imposed.

This 4th day of January 2022.

KIMBERLY A. SWANK
United States Magistrate Judge